JPML FORM 1A                    DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 346 -- IN RE PHARMACEUTICAL ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/24/78 | 1 | MOTION, BRIEF, CERT. OF SERVICE -- Plaintiffs Mountain View Pharmacy et al. |
| | | SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF OREGON |
| | | SUGGESTED TRANSFEREE JUDGE : |
| 4/29/78 | | AMENDED CERTIFICATE OF SERVICE -- Plaintiffs Mountain View Pharmacy (cds) |
| 5/1/78 | | HEARING ORDER -- setting A-1 and A-2 for hearing in Phil., Pa., on May 26, 1978. (ea). |
| 5/2/77 | | SECOND AMENDED CERTIFICATE OF SERVICE -- Plaintiff Mountain View Pharmacy, et al. (cds) |
| 5/4/78 | | APPEARANCES:   CHARLES LISTER, ESQ. for The Upjohn Company |
| | | CHARLES F. HINKLE, ESQ. for William H. Rorer, Inc. |
| | | HAROLD G. CHRISTENSEN, ESQ. for Winthrop Laboratories |
| | | RICHARD D. BURBIDGE, ESQ. for Smith, Kline & French Labs. |
| | | STANFORD B. OWEN, ESQ. for Syntex Labs, Inc. Searle Laboratories Div. of G. D. Searle & Co. |
| | | DANIEL L. BERMAN, ESQ. for Roche Laboratories |
| | | JOEL E. HOFFMAN, ESQ. for Schering Corporation |
| | | CHARLES E. WRIGHT, ESQ. for Bristol-Myers Company |
| | | JACK L. KENNEDY, ESQ. for Endo Laboratories, Inc. |
| | | WALTER J. COSGRAVE, ESQ. for Carter-Wallace |
| | | F. S. PRINCE, JR., ESQ. for Mead Johnson Laboratories |
| | | HENRY KANE, ESQ. for Portland Retail Druggists Assn., Inc. |
| | | DENNIS R. VAVROSKY for American Home Products Corp. |
| | | GLENN C. HANNI, ESQ. for Ayerst Laboratories |
| | | L. R. GARDINER, JR., ESQ. for Hoechst-Roussel Pharm., Inc. Sandoz Pharmaceuticals |
| | | ROBERT F. WARD, ESQ. for Abbot Laboratories |
| | | THOMAS M. TRIPLETT, ESQ. for Warner-Lambert Pharmaceutical |
| | | DAVID K. WATKISS, ESQ. for McNeil Laboratories Inc. Ortho Pharmaceutical Corp. |
| | | CAROL A. HEWITT, ESQ. for A. H. Robins Company |
| | | JACK H. DUNN, ESQ. for Squibb Corporation E. R. Squibb & Sons, Inc. |
| | | JAMES H. CLARKE, ESQ. for Eli Lilly and Company |
| | | HUGHES, HUBBARD & REED for Merck Sharp and Dohme  (cds) |
| 5/8/78 | | APPEARANCE -- W. ROBERT WRIGHT, ESQ. for Parke Davis & Company (cds) |
| 5/8/78 | 2 | RESPONSE -- G. D. Searle and Co. and Syntex Laboratories, Inc. -- w/cert. of service (cds) |
| 5/8/78 | 3 | RESPONSE -- Portland Defendants, Eli Lilly & Co., Carter-Wallace, Inc., E.R. Squibb & Sons, Inc. and Squibb Corporation, Ortho Pharmaceutical Corp and Warner-Lambert Pharmaceutical Co., Bristol-Myers Co., William H. Rorer, Inc., A.H. Robins Co., Inc., Endo Laboratories, Inc., American Home Products Corp., Abbott Laboratories -- w. cert. of service (cds) |

JPML FORM 1A - Continuation             DOCKET ENTRIES -- p. 2

DOCKET NO. 346 -- IN RE PHARMACEUTICAL ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/8/78 | 4 | RESPONSE -- Certain Utah Defendants: Roche Laboratories, division of Hoffmann-LaRoche, Inc.; Smith, Kline & French Laboratories; Mead Johnson; Winthrop Laboratories -- w/cert.of service (cds) |
| 5/8/78 | | APPEARANCE -- GLENN C. HANNI, ESQ. for Ayerst Laboratories, Division of American Home Products Corp.(cs) |
| 5/9/78 | 5 | RESPONSE -- Defendant Schering Corporation -- w/ cert. of service (cds) |
| 5/10/78 | | REQUEST FOR EXTENSION OF TIME -- Sandoz Pharmaceuticals -- Granted to and including May 10, 1978 |
| 5/10/78 | 6 | RESPONSE, BRIEF IN OPPOSITION TO MOTION TO TRANSFER -- Defendant Sandoz Pharmaceuticals -- w/cert. of service (cds) |
| 5/10/78 | | REQUEST FOR EXTENSION OF TIME -- Certain Salt Lake City defendants -- GRANTED TO AND INCLUDING 5/10/78 (cds) |
| 5/10/78 | 7 | RESPONSE, BRIEF IN OPPOSITION TO TRANSFER -- Certain Salt Lake City Defendants: Eli Lilly and Company, A. H. Robins Co., Schering Corp., Abbott Laboratories, Ayerst Laboratories and Wyeth Laboratories, McNeil Laboratories Inc. and Ortho Pharmaceutical Corp., Roche Laboratories, Div. of Hoffman LaRoche, Inc., Smith, Kline & French Laboratories, The Upjohn Company; Winthrop Laboratories; Parke Davis & Company; Merck, Sharp & Dohme Div. of Merck & Co., Inc. -- w/cert. of service (cds) |
| 5/11/78 | 8 | RESPONSE -- Portland Retail Druggists Association, Inc. -- w/cert. serv. (cds) |
| 5/12/78 | | APPEARANCE -- Lowell V. Summerhays, Esq. for Mountain View Pharmacy, etal.(cds) |
| 5/16/78 | | APPEARANCE -- L. R. GARDINER, JR., ESQ. for Sandoz Pharmaceuticals(cds) |
| 5/18/78 | | APPEARANCE -- Barnes H. Ellis,Esq. -- for William H. Rorer, Inc. (cds) |
| 5/18/78 | | New page 2 for Pleading No. 6 -- (Sandoz Pharmaceutical filed on 5/10/78) inserted (emh) |
| 5/23/78 | | WAIVER OF ORAL ARGUMENT -- McNeil Laboratories Inc. and Ortho Pharmaceutical Corp., for hearing held in Philadelphia, Pa. on May 26, 1978. (ea) |
| ~~6/9/78~~ | | ~~Letter addressed to Summerhays requesting affidavits and information by June 19, 1978 (see official correspondence)~~ (eaw) |
| 6/22/78 | | ORDER RE DEFICIENT SERVICE OF PLEADINGS -- Utah Plaintiffs Granted To July 5, 1978 to Submit Supplemental Brief. -- Notified Counsel (cds |
| 6/22/78 | 9 | POSITION STATEMENT OF COUNSEL IN UTAH ACTION AND JUNE 9, letter from Panel Executive Attorney re Alleged deficiency of service of Pleadings. Investigation of Allogations By Executive Attorney at the Direction of the Panel During May Hearing (cds) |
| ~~6/22/78~~ | ~~9~~ | ~~XXXXXXXXXX~~ |
| 7/19/78 | | ORDER DENYING MOTION AS MOOT -- Notified involved counsel, judges, clerks and recipients. (ea) |
| 7/24/78 | 10 | SUPPLEMENTAL MEMORANDUM OF CERTAIN SALT LAKE CITY DEFENDANTS -- w/cert. of service (cds) |

DOCKET NO. 346 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PHARMACEUTICAL ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 5/26/78

Consolidation Ordered _____    Consolidation Denied 7/19/78

Opinion and/or Order _____

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mountain View Pharmacy, et al. v. Abbott Laboratories Pharmaceutical Products Division, et al. | D. Utah Anderson | C-77-0094 | | | | |
| A-2 | Portland Retail Druggists Association, Inc., et al. v. Abbott Laboratories, et al. | D. Oregon ORRICK (N.D.CAL.) | 71-543 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 346 -- IN RE PHARMACEUTICAL ANTITRUST LITIGATION

**SANDOZ PHARMACEUTICALS**
L. R. Gardiner, Jr., Esq.
Christensen, Gardner, Jensen & Evans
900 Kearns Building
Salt Lake City, Utah 84101

WARNER-LAMBERT PHARMACEUTICAL CO.

Thomas M. Triplett, Esq.
Souther, Spaulding, Kinsey, Williamson
 & Schwabe
1200 Standard Plaza
Portland, Oregon 97204

ABBOTT LABORATORIES
Robert F. Ward
Chadwell, Kayser, Ruggles, McGee
 & Hastings, Ltd.
8500 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

AMERICAN HOME PRODUCTS CORPORATION
Dennis R. VavRosky, Esq.
Ranklin, McMurray, Osburn, Gallagher
 & VavRosky
Suite 1600, Benj. Franklin Plaza
One S.W. Columbia Street
Portland, Oregon 97258

WYETH LABORATORIES
AYERST LABORATORIES
Glenn C. Hanni, Esq.
Strong & Hanni
604 Boston Building
Salt Lake City, Utah 84111

BRISTOL-MYERS COMPANY
Charles E. Wright, Esq.
Bullivant, Wright, Leedy, Johnson,
 Pendergrass & Hoffman
1000 Willamette Center
121 S. W. Salmon Street
Portland, Oregon 97204

CARTER-WALLACE
Walter J. Cosgrave, Esq.
Cosgrave & Kester
622 Pittock Block
Portland, Oregon 97205

ENDO LABORATORIES, INC.
Jack L. Kennedy, Esq.
Kennedy, King & McClurg
1402 Standard Plaza
Portland, Oregon 97204

McNEIL LABORATORIES INCORPORATED
ORTHO PHARMACEUTICAL CORPORATION
David K. Watkiss, Esq.
Watkiss & Campbell
310 South Main Street
12th Floor
Salt Lake City, Utah 84101

MEAD JOHNSON LABORATORIES
F. S. Prince, Jr., Esq.
Prince, Yeates & Geldzahler
455 South Third East
Salt Lake City, Utah 84111

PORTLAND RETAIL DRUGGIST ASSOC., INC.
(A-2)
Henry Kane, Esq.
220 Park Plaza West
10700 S.W. Beaverton Hy.
P. O. Box 518
Beverton, Oregon 97005

ROCHE LABORATORIES div. of Hoffman-
LaRoche, Inc.
Daniel L. Berman, Esq.
Berman & Giauque
500 Kearns Building
Salt Lake City, Utah 84101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 346 -- IN RE PHARMACEUTICAL ANTITRUST LITIGATION

SCHERING CORPORATION
Joel E. Hoffman, Esq.
Wald, Harkrader & Ross
1320 - 19th Street, N.W.
Washington, D. C. 20036

SMITH, KLINE & FRENCH LABORATORIES
Richard D. Burbidge, Esq.
Burbidge & Mabey
22 East First South
Salt Lake City, Utah 84111

SYNTEX LABORATORIES, INC.
SEARLE LABORATORIES
DIV. OF G.D. SEARLE AND COMPANY
Stanford B. Owen, Esq.
Fabian & Clendenin
800 Continental Bank Building
Salt Lake City, Utah 84101

THE UPJOHN COMPANY
Charles Lister, Esq.
Covington & Burling
888 Sixteenth St., N.W.
Washington, D.C. 20006

WILLIAM H. RORER, INC.
Barnes H. Ellis, Esq.
Davies, Biggs, Strayer, Stoel
  & Boley
900 S.W. Fifth Avenue
Portland, Oregon 97204

WINTHROP LABORATORIES
Harold G. Christensen, Esq.
Snow, Christensen & Martineau
700 Continental Bank Building
Salt Lake City, Utah 84101

A. H. ROBINS COMPANY
Carol A. Hewitt, Esq.
Lindsay, Nahstoll, Hart, Neil
  & Weigler
1331 S.W. Broadway
Portland, Oregon 97201
SQUIBB CORPORATION
E. R. SQUIBB & SONS, INC.
Jack H. Dunn, Esq.
Morrison, Dunn, Cohen, Miller
  & Carney
1700 Standard Plaza
Portland, Oregon 97204

MOUNTAIN VIEW PHARMACY, ET AL. (A-1)
Lowell V. Summerhays, Esq.
Robinson, Guyon, Summerhays
  & Barnes
Twelfth Floor
Continental Bank Building
Salt Lake City, Utah 84101

ELI LILLY AND COMPANY
James H. Clarke, Esq.
Dezendorf, Spears, Lubersky
  & Campbell
800 Pacific Building
Portland, Oregon 97204

BURROUGHS WELLCOME COMPANY
William T. Lifland, Esq.
Cahill, Gordon & Reindel
80 Pine Street
New York, New York 10005

MERCK, SHARP AND DOHME

Hughs, Hubbard & Reed
1 Wall Street
New York, New York 10005

PARKE DAVIS & CO.
W. Robert Wright, Esq.
James S. Lowrie, Esq.
Jones, Waldo, Holbrook & McDonough
800 Walker Bank Building
Salt Lake City, Utah 84111

WALLACE LABORATORIES
AMERICAN HOECHST CORPORATION
Unable to determine counsel

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 346 -- IN RE PHARMACEUTICAL ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ ABBOTT LABORATORIES PHARMACEUTICAL PRODUCTS DIVISION | A-1  A-2 |
| ✓ AMERICAN HOME PRODUCTS CORPORATION | A-1  A-2 |
| ✓ AYERST LABORATORIES | A-1 |
| ✓ CIBA PHARMACEUTICAL COMPANY | A-1 |
| ✓ CIBA-GEIGY CORPORATION | A-1 |
| ✓ BURROUGHS WELLCOME COMPANY | A-1 |
| ✓ ENDO LABORATORIES, INC. | A-1  A-2 |
| ✓ GEIGY PHARMACEUTICALS | A-1 |
| ✓ HOECHST-ROUSSEL PHARMACEUTICAL, INC. | A-1 |
| AMERICAN HOECHST CORPORATION | A-1 |
| ✓ ELI LILLY AND COMPANY | A-1  A-2 |

| | |
|---|---|
| ✓ McNEIL LABORATORIES, INC. | A-1 |
| ✓ MEAD JOHNSON LABORATORIES | A-1 |
| ✓ MEAD JOHNSON AND COMPANY | A-1 |
| ✓ MERCK, SHARP AND DOHME | A-1 |
| ✓ MERCK AND COMPANY, INC. | A-1 |
| ✓ ORTHO PHARMACEUTICAL CORP. | A-1  A-2 |
| ✓ PARKE, DAVIS & CO. | A-1 |
| ✓ PFIZER LABORATORIES | A-1 |
| PFIZER, INC. | A-1 |
| ✓ ROCHE LABORATORIES | A-1 |
| ✓ HOFFMAN-LaROCHE, INC. | A-1 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 346 -- IN RE PHARMACEUTICAL ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ A.H. ROBBINS COMPANY, INC. | A-1 A-2 |
| ✓ SANDOZ PHARMACEUTICALS | A-1 |
| ✓ SCHERING CORPORATION | A-1 |
| ✓ SEARLE LABORATORIES | A-1 |
| ✓ G.D. SEARLE & COMPANY | A-1 |
| ✓ SMITH, KLINE & FRENCH LABORATORIES | A-1 |
| ✓ SQUIBB PHARMACEUTICAL COMPANY | A-1 A-2 |
| WALLACE LABORATORIES | A-1 |
| ✓ CARTER-WALLACE, INC. | A-1 A-2 |
| ✓ WARNER-CHILCOTT LABORATORIES | A-1 |
| ✓ WARNER LAMBERT ᵥCOMPANY *Pharmaceutical* | A-1 A-2 |

| | |
|---|---|
| ✓ WINTHROP LABORATORIES | A-1 |
| ✓ WYETH LABORATORIES | A-1 |
| ~~AMERICAN HOME PRODUCTS CORPORATED~~ | A-1 |
| THE UPJOHN COMPANY | A-1 |
| SYNTEX LABORATORIES, INC. | A-1 |
| ✓ ~~BOEHRINGER INGELHEIM, LTD.~~ | A-1 |
| ✓ BRISTOL MYERS Company | A-2 |
| E. R. Squibb + Sons, Inc. | A-2 |
| ✓ William H. Rorer, Inc. | A-2 |
| | |
| | |