JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 19 1978

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-346 -- IN RE PHARMACEUTICAL ANTITRUST LITIGATION

ORDER DENYING MOTION AS MOOT

Plaintiffs in the action in the District of Utah listed on the attached Schedule A moved the Panel, pursuant to 28 U.S.C. § 1407, for transfer of that action to the District of Oregon for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending there. On July 11, 1978, an order was entered in the action filed in the District of Oregon dismissing that action with prejudice.

IT IS THEREFORE ORDERED that the motion for transfer be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

Schedule A

Docket No. 346

| DISTRICT OF OREGON | Civil Action No. |
|---|---|
| Mountain View Pharmacy, et al. v. Abbott Laboratories Pharmaceutical Products Division, et al. | C-77-0094 |
| **DISTRICT OF UTAH** | |
| Portland Retail Druggists Association, Inc., et al. v. Abbott Laboratories, et al. | 71-543 |